[Decided January 10, 1887.]

OREGON RAILWAY AND NAVIGATION COMPANY
v. THORNTON W. OWSLEY.

APPEAL from the District Court at Pomeroy. First District.

OREGON RAILWAY AND NAVIGATION COMPANY
v. HENRY B. DAY.

APPEAL from the District Court holding terms at Dayton. First District.

D. M. OSBORNE AND COMPANY v H. H. VAN
ATTEN.

APPEAL — RECORD — JOURNAL ENTRIES — EXCEPTIONS. — The statute of Washington Territory in regard to exceptions (Laws Wash. 1885, p. 70), not requiring exceptions to the admission and exclusion of evidence to be made journal entries, such exceptions will not be stricken out, for the reason that they do not appear in the record as journal entries.

APPEAL from the District Court holding terms at Walla Walla. First District.

Mr. Chief Justice GREENE delivered the opinion of the court.

Appellees in these cases move to strike out the bill of

exceptions and to affirm the judgment rendered below. The exceptions presented in the bill do not appear to have been noted in the journal of the District Court, and do not come up here in the form of journal entries. This the appellees contend is contrary to the practice prescribed in the act of the last legislature relative to bills of exceptions.

We do not think so as to exceptions as to the admission or exclusion of evidence, and therefore deny the motion.

HOYT, J., and TURNER, J., concurred.